**DONE and SIGNED December 08, 2011.**



                                                                          _____
                                                                          HENLEY A. HUNTER
                                                                          UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

In re:   Justin W. Pepitone                                                                   Bankruptcy Case No: 11-BK-81300

SSN (1)  XXX-XX-8741
SSN (2)  XXX-XX-

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on September 23, 2011. A summary of the plan was transmitted to the creditors under Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT: The debtor's Chapter 13 plan is confirmed with the following provisions:

1. <u>Payments</u>

   Amount of each monthly plan payment          <u>$225.00</u>

   Due date of each monthly plan payment         on 23 of each month
   Period of payments                            <u>60</u> months

   <u>Payable to</u>:                              <u>Payroll Deduction</u>:
   Jon C. Thornburg, Standing Trustee            ☐ Unless previously ordered, the debtor's employer is ordered to deduct
   Post Office Box 279                              payments from the debtor's earnings, draw checks in the name of the
   Memphis, TN  38101-0279                          Standing Trustee, and mail the same to the Standing Trustee on or
                                                    before each due date under order of this Court

                                                 ☒ No payroll deduction is ordered.

2. <u>Special Provisions</u>:
   ☐ A 30 day-drop-dead provision on all future plan payments.
   ☒ A 60 day-drop-dead provision on all future plan payments.

3. <u>Attorney's Fees</u>:
   The debtor's attorney is awarded a fee in the amount of $2800.00, of which $2800.00 is due and payable from the Bankruptcy Estate. The debtor's attorney is also awarded a fee in the amount of $N/A for filing the plan listed above per fee application.

4. <u>Other Provisions</u>:
   ☐ In addition to the above payments, debtor(s) pledge and shall turn over to the Chapter 13 Trustee as additional disposable income any Federal and/or State income tax refunds received during the first three (3) years of the plan or to be received for the tax years 2010, 2011, and 2012 LESS AND SUBJECT to any standing Order of other right of set-off, and LESS AND EXCEPT earned income credit (EIC) which debtor(s) are entitled.

   ☒ No tax pledge is required.

                                                                   ###