IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FILED
DEC - 8 2011

CASE NO. 11-81300  JUSTIN W. PEPITONE
Chapter 13  DEBTORS

## TRUSTEE'S REPORT AND RECOMMENDATION

1. A Plan has not been previously confirmed.

2. Debtor attended a Section 341 Meeting.

3. No previous Hearing has been attended by Debtor.

4. Payments to the Plan **have** been made and are current.

5. Income and Expense Schedules I and J summarized below are reasonable.

    | | |
    |---|---|
    | Income | **$3000.00** |
    | Expenses | **$2775.00** |
    | Disposable Income | **$225.00** |

6. Objection to Confirmation has been filed by:
   1. Statement of Financial Affairs #18 is incomplete.-**RESOLVED**
   2. Debtor is attempting to claim as exempt two trailers under 13:3881 (A) (2) when only 1 trailer qualifies as exempt. (Debtor should divide the value and exempt only one trailer and pay the amount of the non-exempt utility trailer to unsecured creditors.-**RESOLVED**

7. **THE OBJECTIONS HAVE BEEN RESOLVED**

8. A Modified Plan was filed on , with hearing set for .

9. The Trustee **DOES RECOMMEND CONFIRMATION**

Respectfully submitted this 8th day of DECEMBER 2011.

Jon C. Thornburg., Chapter 13 Trustee

PROCESSED
RETAIN PER ADMINISTRATIVE
PROCEDURES