IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION


DEC - 8 2011

IN RE:   CASE NO: 11-81300
**Justin W. Pepitone**

DEBTOR(S)

## AGREEMENT BETWEEN PARTIES
## TO MODIFY CHAPTER 13 PLAN

Now into Court comes L. Laramie Henry, for the Debtor(s) and the Standing Trustee who now agree, without need of further hearing, to modify the above-styled Chapter 13 Plan as follows:

☑   1.   The amount to be paid to the supervision and control of the Trustee shall be **$225.00 per month for 2 months, then $275.00 per month for the remaining 58 months (beginning December 2011) for a total of 60 months.**

☐   2.   Debtor(s) pledge(s) and shall turn over or pay to the Chapter 13 Trustee as additional disposable income any Federal and/or State income tax refunds to be received for the tax years _____, LESS AND SUBJECT to any standing Order or other right of set-off, and LESS AND EXCEPT earned income credit (EIC) to which debtor(s) are entitled.

☐   3.   Other amendments:

All parties of interest being in agreement that no further proceedings are needed to resolve issues previously disputed do hereby petition this Honorable Court that an Order be granted this day hereby modifying the Original Chapter 13 Plan.

THUS DONE AND SIGNED at Alexandria, Rapides Parish, Louisiana, on December 2, 2011.

_____   _____
TRUSTEE                     DEBTOR(S) ATTORNEY

### ORDER

Having considered the foregoing and it appearing proper in the premises,

IT IS HEREBY ORDERED that the Chapter 13 Plan be modified as herein agreed.

Dated: December 8, 2011

_____
HENLEY A. HUNTER
JUDGE, U.S. BANKRUPTCY COURT